half a century, appellants were allowed to provide input to the committee in advance of the regular Council meeting at which the bill was passed, so it appears they actually had a more realistic opportunity to participate in shaping the legislation, rather than speaking at the very meeting where the vote was taken. In my judgment, Council's committee practice satisfies the Act's general requirement that the council of a political subdivision must provide a reasonable opportunity for public comment regarding matters under consideration. *See* 65 Pa. C.S. § 710.1(a). Council's practice furthers the Commonwealth's stated policy of public access, 65 Pa.C.S. § 702, and constitutes a permissible adoption of rules "necessary for the conduct of its meetings and the maintenance of order." 65 Pa.C.S. § 710.

I would therefore affirm the decision of the Commonwealth Court and uphold the grant of summary judgment.[4]

Justices TODD and McCAFFERY join the opinion.

---

8 A.3d 318

**Henry M. GREER, Appellant**

v.

**Michael SPENCER, Business Supervisor at S.C.I. Graterford, Thomas J. Rowlands, Record Supervisor at S.C.I. Graterford, David Diguglielmo, Superintendent at S.C.I. Graterford, Appellees.**

Supreme Court of Pennsylvania.

Nov. 17, 2010.

---

4. A practical result of the Majority's holding is that action taken at the April 26, 2007 Council meeting, which was challenged in a timely fashion, is now voidable. *See* 65 Pa.C.S. § 713 ("Should the court determine that the meeting did not meet the requirements of this chapter, it may in its discretion find that any or all official action taken at the meeting shall be invalid.").

492

■■■■■■■■■

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the order of the Commonwealth Court is AFFIRMED.

■■■■■■

8 A.3d 318

Bruce JOHNSON, Administrator of the
Estate of Thornton Johnson

v.

AMERICAN STANDARD, Amchem Products, Inc., A.W. Chesterton, Inc., Benjamin Foster Co., Brand Insulations, Brown Boveri Corp., Burnham Boiler Corp., Certainteed Corporation, Crane Co., Demming Division, Crane Packing, Crouse–Hinds, Crown Cork & Seal, Inc., Dresser Industries, Inc., Eastern Gunnite Co., Inc., Georgia–Pacific Corporation, Goulds Pumps, Inc., Green Tweed & Company, Inc., Hajoca Plumbing Co., Ingersoll Rand Co., J.H. Refractories Co., Metropolitan Life Insurance, Nosroc Corp., Owens–Illinois, Inc., Pecora Corporation, Riley Stoker Corporation, Union Carbide Corp., Walter B. Gallagher Co., Weil McLain Co., Viacom/Westinghouse Electric Corporation, Bondex International, Inc., Cleaver Brooks